Entered on Docket
October 15, 2009

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Wells Fargo Bank, N.A.
09-74658

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-09-21312-bam |
| William Eskildsen | Date: 9/29/09<br>Time: 1:30pm |
| Debtor. | Chapter 13 |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

1 | Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject
2 | property, generally described as 9535 Leaping Lizard St., Las Vegas, NV 89178.
4 |     IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give
5 | Debtors and Trustee at least five business days' notice of the time, place and date of sale.
6 |     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby
7 | withdraws its secured Proof of Claim filed in this matter.
8 |     DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

By_____
   GREGORY L. WILDE, ESQ.
   Attorney for Secured Creditor
   208 South Jones Boulevard
   Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
Elizabeth R. Deflyer
1020 Garces Ave.
Las Vegas, NV 89101
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Kathleen A. Leavitt
201 Las Vegas Blvd. So., #200
Las Vegas, NV 89101
Chapter 13 Trustee

```
 1  ALTERNATIVE METHOD RE: LOCAL RULE 9021:
    In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
 2       ____  The court waived the requirements of LR 9021.
         ____  No parties appeared or filed written objections, and there is no trustee appointed in the case.
 3       _X__  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
 4             unrepresented parties who appeared at the hearing, and any trustee appointed in this case,
               and each has approved or disapproved the order, or failed to respond, as indicated below
 5             (list each party and whether the party has approved, disapproved, or failed to respond to the
               document):
 6
 7  (List Parties)
    Debtor's counsel:
 8
         _____ approved the form of this order         _____ disapproved the form of this order
 9
         _____ waived the right to review the order and/or   __X__ failed to respond to the document
10
         _____ appeared at the hearing, waived the right to review the order
11
         _____ matter unopposed, did not appear at the hearing, waived the right to review the order
12
    Trustee:
13
         _____ approved the form of this order         _____ disapproved the form of this order
14
         _____ waived the right to review the order and/or   __X__ failed to respond to the document
15
    Other Party:_____
16
         _____ approved the form of this order         _____ disapproved the form of this order
17
         _____ waived the right to review the order and/or   _____ failed to respond to the document
18
    Breach Order:
19
         _____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of
20
               this proposed order were transmitted to Debtor's counsel and appointed trustee to which
21
               they have not replied
22

23

24  Submitted by:
     /s/ Gregory L. Wilde, Esq.
25  Gregory L. Wilde, Esq.
26  Attorney for Secured Creditor
```